UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS, Jr., | No. 2:20-cv-02469-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| McCAMENT, et al., | |
| Defendants. | |

Plaintiff Kenneth O. Owens, Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 16, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on February 16, 2021 (ECF No. 10), are
   ADOPTED IN FULL;

1

2. This action is DISMISSED without prejudice for the reasons set forth in the January 11, 2021 Screening Order (ECF No. 6); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: April 13, 2021

                                  _____
Troy L. Nunley
United States District Judge